Medical Group

MWMG FAMILY MED-LADYSMITH
MARY WASHINGTON PRIMARY CARE AND PEDIATRICS
8051 PROSPERITY WAY
RUTHER GLEN VA 22546-2922
804-448-0198

Jason E. Kane
Attorney at Law
KANE & PAPA

RE: Terry L. Froney
DOB: 3/13/1953

September 12, 2022

Dear Mr. Kane:

Mr. Terry L. Froney is under my care.

June 9, 2021 he had stroke and has residual right sided weakness and expressive aphasia. As a result, he is unable to participate in complex decision making.

I recommend his wife manage his affairs.

If additional information is needed do not hesitate to contact me.

Professionally yours,

*[signature]*

Victoria E Grady, MD