**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRY LEE FRONEY ) | Case No. 22−32525−KLP |
| ) | Chapter 7 |
| Debtor ) | |

### ORDER APPOINTING NEXT FRIEND FOR DEBTOR

THIS MATTER came to be heard on the Motion of the Debtor, Terry Lee Froney, by counsel, To Appoint a Guardian *Ad Litem*; and it

APPEARING TO THE COURT that on September 14, 2022 the Debtor, by his next friend and spouse, Judy Froney, filed the Chapter 7 petition herein; on or about June 9, 2021 the Debtor suffered a severe medical event causing him to have difficulty communicating verbally, physically and mentally, being present in meetings, managing his personal and financial affairs, and focusing on such matters for an extended period of time; and it

FURTHER APPEARING that since that time, the Debtor's spouse, Judy Froney, has been assisting the Debtor with his personal and financial affairs; and it

FURTHER APPEARING that Judy Froney has not previously been appointed as the Debtor's attorney-in-fact by way of a power of attorney nor has she been appointed as the Debtor's guardian by another court; and it

FURTHER APPEARING that it is in the best interest of the Debtor to appoint his spouse, Judy Froney, as the Debtor's next friend in this case; it is therefore

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

ORDERED that Debtor's spouse, Judy Froney, is hereby appointed as the Debtor's Next

Friend in this case to act on the Debtor's behalf in this case, which appointment will remain in

effect until further Order of this Court.


Date: _____Oct 13 2022_____


/s/ Keith L Phillips
_____
U.S. Bankruptcy Judge


Entered on Docket: _____Oct 13 2022_____



I ask for this:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*


## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have
endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Jennifer J. West, Esquire
Chapter 7 Trustee
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia 23219